UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. '08 MJ 1252 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF |
| Nestor FLORES-Rodriguez | Title 8, U.S.C., Section 1326 Attempted Entry After Deportation |
| Defendant. | |

FILED 08 APR 24 AM 9: 55

The undersigned complainant being duly sworn states:

On or about **April 22, 2008**, within the Southern District of California, defendant **Nestor FLORES-Rodriguez**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 24th DAY OF APRIL, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

**PROBABLE CAUSE STATEMENT**

On April 22, 2008 at about 9:25 PM, **Nestor FLORES-Rodriguez (Defendant)** attempted entry into the United States from Mexico at the San Ysidro, California Port of Entry. Defendant was one of thirteen undocumented aliens found concealed under a blanket in the rear of a Chevrolet 1500 pick-up truck driven by Johnny Martin HOOD. Defendant and the other vehicle occupants were escorted to secondary for further inspection.

In secondary, Defendant was queried by fingerprint and photograph comparison through the Automated Biometric Identification System (IDENT). IDENT returned a match to the query, identifying Defendant as a deported alien and citizen of Mexico. Defendant's identity was verified by 10-digit fingerprint submission through the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS linked Defendant to FBI and Immigration Service records.

Queries through the Central Index System (CIS) and the Deportable Alien Control System (DACS) confirmed Defendant to be a citizen of Mexico without legal rights or documents to enter the United States. DACS records indicate Defendant was ordered deported from the United States by an Immigration Judge on or about June 21, 2005. Immigration service records contain no evidence that Defendant has applied for, or received permission from the Attorney General of the United States or the Secretary of Homeland Security to legally re-enter the United States.

Defendant was advised of his Miranda rights. Defendant acknowledged his rights and agreed to answer questions without benefit to counsel. Defendant admitted he is a citizen of Mexico by birth in Mexico City, Mexico. Defendant admitted he possesses no document or other benefit that would permit his legal entry into the United States. Defendant admitted he has not applied for or received permission to legally re-enter the United States. Defendant admitted he intended to enter the United States to travel to Oceanside, California to seek employment. Defendant stated he was concealed in the back of the truck in order to elude inspection.