**BRIDGET KENNEDY**
California State Bar No. 253416
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone (619) 234-8467
Facsimile (619) 687-2666
bridget_kennedy@fd.org

Attorneys for Mr. Flores-Rodriguez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj1252 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF APPEARANCE** |
| **NESTOR FLORES-RODRIGUEZ,** | ) | |
| Defendant. | ) | |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Bridget L. Kennedy, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                   Respectfully submitted,

Dated: April 25, 2008                        *s/ Bridget Kennedy*
                                                   Federal Defenders of San Diego, Inc.
                                                   *bridget_kennedy@fd.org*

```
 1  BRIDGET KENNEDY
    California State Bar No. 253416
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, California 92101-5030
    Telephone (619) 234-8467
 4  Facsimile (619) 687-2666
    bridget_kennedy@fd.org
 5
 6  Attorneys for Mr. Flores-Rodriguez
 7
 8                    UNITED STATES DISTRICT COURT
 9                   SOUTHERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   Case No. 08MJ1252
                                  )
12              Plaintiff,        )
                                  )
13  v.                            )   PROOF OF SERVICE
                                  )
14  NESTOR FLORES-RODRIGUEZ,      )
                                  )
15              Defendant.        )
                                  )
16
17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of
18  her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day
19  upon:
20          Assistant United States Attorney
            efile.dkt.gc1@usdoj.gov
21
22  Dated: April 25, 2008              s/ Bridget L. Kennedy
                                       BRIDGET L. KENNEDY
23                                     Federal Defenders of San Diego, Inc.,
                                       225 Broadway, Suite 900
24                                     San Diego, CA 92101-5030
                                       (619) 234-8467  (tel)
25                                     (619) 687-2666  (fax)
                                       e-mail:bridget_kennedy@fd.org
26
27
28
```