Mahir T. Sherif (135021)
Law Office of Mahir T. Sherif
3376 30th Street
San Diego, CA 92104
Tel: (619) 297-4444
Fax: (619) 297-4115
mahirsherif@sbcglobal.net



FILED
MAY 08 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 08 MJ 1252 |
| Plaintiff, | |
| vs. | SUBSTITUTION OF ATTORNEY |
| Nestor FLORES-Rodriguez | |
| Defendant. | |

I, **Nestor Flores-Rodriguez**, hereby substitute Attorney **MAHIR T. SHERIF**, in place of Attorney, **BRIDGET KENNEDY, of Federal Defenders of San Diego, Inc.** as my Attorney of record in the above-entitled case.

**I CONSENT TO THE SUBSTITUTION.**
Dated: 4-29-2008

_____
**Nestor Flores-Rodriguez**
DEFENDANT

Dated: 4/29/2008

_____
**Mahir T. Sherif, ESQ.**
RETAINED ATTORNEY

Dated: 5/8/08

_____
**Bridget Kennedy, ESQ.**
DEFENDANT'S PREVIOUS ATTORNEY

**IT IS SO ORDERED.**

Substitution of Attorney