Mahir T. Sherif (SB# 135021)
Law Office of Mahir T. Sherif
3376 30th Street
San Diego, CA 92104
Telephone: (619) 297-4444
Facsimile: (619) 297-4115

Attorney for Defendant, Nestor Flores Rodriguez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(Honorable Marilyn M. Huff )

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NESTOR FLORES RODRIGUEZ,<br><br>　　　　Defendant. | Case No.: 08-CR-1667-001-H<br><br>PROOF OF SERVICE<br><br>Sentencing: September 8, 2008<br>Time:　　　9:00 a.m.<br>Honorable:　Honorable Marilyn M. Huff |

　　　I hereby declare a copy of Defendant's Sentencing Memorandum, Sentencing Summary Chart and Supporting Documents and were served electronically on the following parties this 29th day of August, 2008, via the CM/ECF system:

///
///
///
///
///
///
///

**Douglas Keehn**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Douglas.Keehn@usdoj.gov

**U S Attorney CR**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
(619)557-5917 (fax)
Efile.dkt.gc2@usdoj.gov

Dated: August 29, 2008                    Respectfully Submitted,


                                          By: s/Mahir T. Sherif
                                              Mahir T. Sherif
                                              mahirsherif@sbcglobal.net
                                              Attorney for Defendant